S.D.N.Y.–N.Y.C.
17-cv-4571
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand eighteen.

Present:
José A. Cabranes,
Rosemary S. Pooler,
Christopher F. Droney,
*Circuit Judges*.

_____

Dandong Old Northeast Agriculture and Animal
Husbandry Co., Ltd., FKA Dandong Pasite,

*Plaintiff-Appellant*,

v. 18-1128

Pasternak, Baum & Co., Inc., et al.,

*Defendants-Appellees.*

_____

Appellees move to dismiss this appeal for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. This Court lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291 and there is no other basis for immediate appeal. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *Sahu v. Union Carbide Corp.*, 475 F.3d 465, 467-68 (2d Cir. 2007) (per curiam) (discussing, inter alia, *Carson v. Am. Brands, Inc.*, 450 U.S. 79, 84 (1981)).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

